AEE

**FILED**
**DECEMBER 13, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7016**

| In the Matter of | Case Number: |
|---|---|
| The University of Chicago Medical Center d/b/a University of Chicago Hospitals & Clinics v. Michael O. Leavitt, Secretary of the United States Deptartment of Health and Human Services | **JUDGE ANDERSEN** <br> **MAGISTRATE JUDGE BROWN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The University of Chicago Medical Center d/b/a University of Chicago Hospitals & Clinics

| NAME (Type or print) |
|---|
| Michael V. Casey |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael V. Casey |

| FIRM |
|---|
| Varga Berger Ledsky Hayes & Casey |

| STREET ADDRESS |
|---|
| 224 S. Michigan Avenue, Ste 350 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6180115 | (312) 341-9400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |