UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| The University of Chicago Medical Center<br>d/b/a University of Chicago Hospitals & Clinics<br>5841 South Maryland Avenue<br>Chicago, IL 60637-1470, | )<br>)<br>)<br>)<br>) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 C 7016 |
| | ) | |
| Michael O. Leavitt Secretary of the United States<br>Department of Health and Human Services<br>200 Independence Avenue, S. W.<br>Washington, DC 20201, | )<br>)<br>)<br>)<br>) | Judge Andersen |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR
AN ENLARGEMENT OF TIME TO ANSWER**

Defendant, Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves for a 45 day extension of time to answer the complaint and states as follows:

1. The Secretary's answer is due on February 19, 2008.

2. This matter concerns an appeal of the Provider Reimbursement Review Board's final decision.

3. An administrative record is usually filed with the Secretary's answer. However, the administrative record in this matter has not been completed and thus an answer cannot be drafted.

4. The Secretary requires an additional 45 days to prepare the administrative record and file his answer.

5. The undersigned Assistant United States Attorney has contacted plaintiff's counsel, Michael Casey, who has no objection to the extension.

WHEREFORE, the Secretary requests an enlargement of time to April 7, 2008, to respond to plaintiff's complaint.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Kathryn A. Kelly
    KATHRYN A. KELLY
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois
    (312) 353-1936
    kathryn.kelly@usdoj.gov