UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| The University of Chicago Medical Center d/b/a University of Chicago Hospitals & Clinics, 5841 South Maryland Avenue, Chicago, IL 60637-1470, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 7016 |
| v. | ) ) | Judge Andersen |
| Michael O. Leavitt Secretary of the United States Department of Health and Human Services 200 Independence Avenue, S.W. Washington, DC 20201, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   ALL ATTORNEYS OF RECORD
        via ECF filing

PLEASE TAKE NOTICE that on Thursday, February 21, 2008, at 9:00 a.m., I will appear before Judge Andersen in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the attached Defendant's Unopposed Motion for An Enlargement of Time to Answer, at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Kathryn A. Kelly
    KATHRYN A. KELLY
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois
    (312) 353-1936
    kathryn.kelly@usdoj.gov