UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE UNIVERSITY OF CHICAGO MEDICAL CENTER, d/b/a UNIVERSITY OF CHICAGO HOSPITALS & CLINICS,<br><br>      Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>      Defendant. | No. 07 C 7016<br><br>Judge Andersen |

## AGREED MOTION TO SET A BRIEFING SCHEDULE

Defendant, Michael O. Leavitt, Secretary of the United States Department of Health and Human Services ("Defendant"), by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves the court to enter the parties' suggested agreed briefing schedule:

1.  This case is for judicial review of a decision by the Secretary.

2.  Defendant answered the complaint on April 4, 2008.

3.  The parties have discussed a suggested briefing schedule and move the court to enter an order setting the briefing schedule. The undersigned Assistant United States Attorney and plaintiff's counsel Ron Connelly agreed to the following briefing schedule:

    July 18, 2008:    Plaintiff's Motion for Summary Judgment and Memorandum in Support

    September 19, 2008:    Defendant's Response, Motion for Summary Judgment and Memorandum in Support

    October 31, 2008:    Plaintiff's Reply

    November 21, 2008:    Defendant's Reply

4. Finally, the parties suggest that the court dispense with Rule 56.1 statements of material facts given the nature of this record review case.

WHEREFORE, the parties submit the above agreed briefing schedule for summary judgment motions.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    By: s/ Kathryn A. Kelly
        KATHRYN A. KELLY
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-1936
        Kathryn.kelly@usdoj.gov