UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| The University of Chicago Medical Center d/b/a University of Chicago Hospitals & Clinics, 5841 South Maryland Avenue, Chicago, IL 60637-1470,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Michael O. Leavitt Secretary of the United States Department of Health and Human Services 200 Independence Avenue, S.W. Washington, DC 20201,<br><br>　　　　　　Defendants. | No. 07 C 7016<br><br>Judge Andersen |

## NOTICE OF MOTION

TO:　ALL ATTORNEYS OF RECORD
　　　via ECF filing

　　　PLEASE TAKE NOTICE that on Thursday, May 8, 2008, at 9:00 a.m., I will appear before Judge Andersen in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the attached Defendant's Agreed Motion to Set Briefing Schedule, at which time and place you may appear, if you see fit.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By: s/Kathryn A. Kelly
　　　　　　　　　　　　　　　　KATHRYN A. KELLY
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　　　　　　　Chicago, Illinois
　　　　　　　　　　　　　　　　(312) 353-1936
　　　　　　　　　　　　　　　　kathryn.kelly@usdoj.gov