**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

University of Chicago Medical Center, The
                                 Plaintiff,

v.                                              Case No.: 1:07−cv−07016
                                              Honorable Wayne R. Andersen

Michael O Leavitt
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Wayne R. Andersen:Agreed motion to set a briefing schedule [15] is granted. Plaintiff's motion for summary judgment with supporting memorandum is due on or before 7/18/2008. Defendant's response and cross motion for summary judgment with supporting memorandum due by 9/19/2008. Plaintiff's reply by 10/31/2008. Defendant's reply by 11/21/2008. Ruling will be made by mail. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.