IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE UNIVERSITY OF CHICAGO MEDICAL CENTER, d/b/a UNIVERSITY OF CHICAGO HOSPITALS & CLINICS,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>      Defendant. | Case No. 1:07-cv-7016<br><br>Judge Wayne R. Andersen |

## JOINT MOTION TO ENLARGE PAGE LIMIT

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois, the plaintiff, The University of Chicago Medical Center, and the defendant, Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, request that the Court enlarge the page limit to 30 pages for the plaintiff's and the defendant's briefs in support of their summary judgment motions.

In support of the motion to enlarge, the parties state as follows:

(1) the entire case is being submitted by summary judgment motions;

(2) additional space is needed to furnish a proper explanation of the statutory and regulatory framework of the case, which occurs in the complex context of the Medicare Act.

Accordingly, the Court should grant the parties' motion for enlargement.

Respectfully submitted,

/s/ Ronald S. Connelly
RONALD S. CONNELLY
MARY SUSAN PHILP
POWERS PYLES SUTTER & VERVILLE, PC
1501 M Street, N.W., 7th Floor
Washington, DC 20005
tel. (202) 466-6550
fax (202) 785-1756

/s/ Michael V. Casey
MICHAEL V. CASEY
VARGA BERGER LEDSKY HAYES & CASEY
A Professional Corporation
224 S. Michigan Avenue
Suite 350
Chicago, IL 60604-2507
tel. (312) 341-9400
fax (312) 341 2900

PATRICK J. FITZGERALD
United States Attorney
By: /s/ Kathryn A. Kelly
KATHRYN A. KELLY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1936

Dated:  May 22, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 22, 2008, a true and correct copy of the foregoing, **Joint Motion to Enlarge Page Limit** was filed electronically. Notice of this filing will be sent to the following persons by operation of the Court's electronic filing system:

- **AUSA**
  usailn.ecfausa@usdoj.gov
- **Kathryn Ann Kelly**
  kathryn.kelly@usdoj.gov, craig.oswald@usdoj.gov, carolyn.fiebig@usdoj.gov, usailn.ecfausa@usdoj.gov

and by email to,

**Ronald S. Connelly, Esq.**
**Mary Susan Philp, Esq.**
Powers Pyles Sutter & Verville, PC
1501 M. Street NW
7th Floor
Washington, DC 20005

Parties may access this filing through the Court's system.

s/Michael V. Casey