IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| THE UNIVERSITY OF CHICAGO MEDICAL CENTER, d/b/a UNIVERSITY OF CHICAGO HOSPITALS & CLINICS, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:07-cv-7016 |
| v. | ) ) | Judge Wayne R. Andersen |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF MOTION

To:   ALL ATTORNEYS OF RECORD
      via ECF Filing

PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Anderson, or any judge sitting in his stead in Room 1403 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Thursday, May 29, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **Joint Motion to Enlarge Page Limit**, a copy of which is served upon you.

                          Respectfully submitted,

                          /s/ Michael V. Casey
                          MICHAEL V. CASEY
                          VARGA BERGER LEDSKY HAYES & CASEY
                          A Professional Corporation
                          224 S. Michigan Avenue
                          Suite 350
                          Chicago, IL 60604-2507
                          tel. (312) 341-9400
                          fax (312) 341 2900
                          mcasey@vblhc.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 22, 2008, a true and correct copy of the foregoing, **Notice of Motion** was filed electronically.  Notice of this filing will be sent to the following persons by operation of the Court's electronic filing system:

- **AUSA**
  usailn.ecfausa@usdoj.gov
- **Kathryn Ann Kelly**
  kathryn.kelly@usdoj.gov, craig.oswald@usdoj.gov, carolyn.fiebig@usdoj.gov, usailn.ecfausa@usdoj.gov

and by email to,

**Ronald S. Connelly, Esq.**
**Mary Susan Philp, Esq.**
Powers Pyles Sutter & Verville, PC
1501 M. Street NW
7th Floor
Washington, DC 20005

Parties may access this filing through the Court's system.

                                                      s/Michael V. Casey