IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| The University of Chicago Medical Center d/b/a University of Chicago Hospitals & Clinics,<br><br>Plaintiff,<br><br>vs.<br><br>Michael O. Leavitt, Secretary U.S. Department of Health and Human Services,<br><br>Defendant. | Case No. 1:07-cv-07016<br><br>Judge Wayne R. Andersen |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and Rule 56.1 of this Court, Plaintiff University of Chicago Medical Center ("Plaintiff" or the "Provider") hereby moves for summary judgment on the grounds that there are no disputed issues of material fact, and Plaintiff is entitled to judgment as a matter of law. In support of its motion, Plaintiff relies upon the accompanying statement of material facts not in dispute, a supporting memorandum of law, and the administrative record. Pursuant to Local Rule 78.3, Plaintiff requests an oral hearing.

Respectfully Submitted,

University of Chicago Medical Center
By its counsel,

| | |
|---|---|
| Ronald S. Connelly<br>D.C. Bar No. 488298<br>Mary Susan Philp<br>D.C. Bar No. 295287<br>POWERS PYLES SUTTER &<br>VERVILLE, PC<br>1501 M Street, NW, 7th Floor<br>Washington, DC 20005<br>tel. (202) 466-6550<br>fax (202) 785-1756 | /s/Michael V. Casey<br>Illinois Bar No. 6180115<br>VARGA BERGER LEDSKY HAYES &<br>CASEY<br>A Professional Corporation<br>224 S. Michigan Avenue<br>Suite 350<br>Chicago, IL 60604-2507<br>tel. (312) 341-9400<br>fax (312) 341 2900 |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing Plaintiff's Motion for Summary Judgment with the Clerk of Court using the Case Management/Electronic Filing System ("CM/ECF") system, which sent notification of such filing to the following:

PATRICK J. FITZGERALD
United States Attorney

KATHRYN A. KELLY
Assistant United States Attorney

AUSA
usailn.ecfausa@usdoj.gov

219 S. Dearborn Street
Chicago, IL 60604
(312) 353-1936

and by email to,

Ronald S. Connelly, Esq.
Mary Susan Philp, Esq.
Powers Pyles Sutter & Verville, PC
1501 M. Street NW
7th Floor
Washington, DC 20005

Parties may access this filing through the Court's system.

/s/ Michael V. Casey
MICHAEL V. CASEY
Illinois Bar No. 6180115
VARGA BERGER LEDSKY HAYES & CASEY, PC

Dated: July 18, 2008.