IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| The University of Chicago Medical Center<br>d/b/a University of Chicago Hospitals & Clinics,<br><br>                Plaintiff,<br><br>vs.<br><br>Michael O. Leavitt, Secretary<br>U.S. Department of Health and Human Services,<br><br>                Defendant. | Case No. 1:07-cv-07016<br><br>Judge Wayne R. Andersen |

**PLAINTIFF'S NOTIFICATION PURSUANT TO FRCP 7.1 AND LR 3.2**

As required by FRCP 7.1, and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, Plaintiff, The University of Chicago Medical Center d/b/a University of Chicago Hospital & Clinics, states that it does not have a parent corporation, and there is no publicly held corporation that owns 5% or more of its stock.

                                                  University of Chicago Medical Center

                                                  By its counsel,

| | |
|---|---|
| Ronald S. Connelly<br>D.C. Bar No. 488298<br>Mary Susan Philp<br>D.C. Bar No. 295287<br>POWERS PYLES SUTTER &<br>VERVILLE, PC<br>1501 M Street, NW, 7th Floor<br>Washington, DC 20005<br>tel. (202) 466-6550<br>fax (202) 785-1756 | /s/Michael V. Casey<br>Illinois Bar No. 6180115<br>VARGA BERGER LEDSKY HAYES &<br>CASEY<br>A Professional Corporation<br>224 S. Michigan Avenue<br>Suite 350<br>Chicago, IL 60604-2507<br>tel. (312) 341-9400<br>fax (312) 341 2900 |

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing Plaintiff's Notification Pursuant to FRCP 7.1 and LR 3.2 with the Clerk of Court using the Case Management/Electronic Filing System ("CM/ECF") system, which sent notification of such filing to the following:

PATRICK J. FITZGERALD
United States Attorney

KATHRYN A. KELLY
Assistant United States Attorney
kathryn.kelly@usdoj.gov

AUSA
usailn.ecfausa@usdoj.gov

219 S. Dearborn Street
Chicago, IL 60604
(312) 353-1936

and by email to,

Ronald S. Connelly, Esq.
Mary Susan Philp, Esq.
Powers Pyles Sutter & Verville, PC
1501 M. Street NW
7th Floor
Washington, DC 20005

Parties may access this filing through the Court's system.

/s/ Michael V. Casey
MICHAEL V. CASEY
Illinois Bar No. 6180115
VARGA BERGER LEDSKY HAYES & CASEY, PC

Dated: July 23, 2008